| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE MASSACHUSETTES

INVOICE NO: 00001107

**MAKE CHECKS PAYABLE TO:**

Eugene J. Sullivan, III  
Holtz & Reed LLP  
225 Friend Street  
Suite 201  
Boston, MA 02114  
Phone:

Catherine A. Handel, RPR,CM, CRR  
Federal Official Court Reporter  
J. Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210  
Phone: (617) 261-0555

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 01-26-2016   DATE DELIVERED: 01-28-2016

**Case Style:** 13-12083, Raymond L. Toussaint v Brigham and Women's Hospital  
Jury Trial (rough draft) January 25 and 26, 2016

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 233 | | 710.65 | | | | | | | 710.65 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 710.65 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $710.65 |

**ADDITIONAL INFORMATION**  
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord  
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the  
ordinary delivery rate.

**CERTIFICATION**  
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/Catherine A. Handel*   DATE: 01-28-2016

*(All previous editions of this form are cancelled and should be destroyed)*